10CR5083-JAH

IMAGE REMOVED

FILED IN ERROR

44